IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

**UNITED STATES OF AMERICA**, )
             Plaintiff, )
  v. )
     ) No. 05-04003-01/02-CR-C-NKL
**ADRIAN DOUGLAS MUNDY, JR.** )
    and )
**BRYAN ANTHONY DEAN**, )
            Defendants. )

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for a Final Order of Forfeiture. On November 15, 2005, this Court entered a Preliminary Order of Forfeiture, forfeiting the following property to the United States:

> Hewlett Packard All-In-One copier/scanner/printer, Model PSC1350V, serial number MY44LDFORR.

Pursuant to the Court's Preliminary Order of Forfeiture, notice of the forfeiture of the above-described property was published in *The Lake Sun Leader*, a daily newspaper of general circulation published in Camden County, Missouri, on May 1, 2006, May 8, 2006 and May 15, 2006. There were no claimants who properly perfected a claim to the subject property within thirty days from the earlier of the date of last publication of notice or of receipt of actual notice. Therefore, any other persons claiming any right, title or interest in or to the above-described property are held to

be in default.

Based upon the plea agreements, the Court finds that Defendants Adrian Douglas Mundy, Jr. and Bryan Anthony Dean had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c).

Accordingly, it is hereby ORDERED:

1. Plaintiff's Motion for a Final Order of Forfeiture is hereby granted, and the above-described property is hereby forfeited to the United States pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), and is to be disposed of according to law.

2. All other persons claiming any right, title or interest in or to the above-referenced property are held in default.

3. The claims and interests of any other persons or parties are forever foreclosed and barred.

4. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

                                                s/NANETTE K. LAUGHREY
                                                **NANETTE K. LAUGHREY**
                                                United States District Judge

Dated: August 8, 2006